Submitted March 17, 1975. *John E. Roberts* and *Victor F. Cavacini*, Assistant Public Defenders, for appellant; *Wardell F. Steigerwalt*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Jetton, Appellant, *v.* Gedney.

Submitted March 17, 1975. *Joan Saltzman, Andrea Commaker Levin,* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellant; *Howell K. Rosenberg, James A. Shellenberger,* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Motherspaw, Appellant, *v.* Pras et ux.

Argued March 18, 1975. *M. Elvin Byler*, with him *Wenger & Byler*, for appellant; *Louis J. Farina*, with him *May, Grove, Stork & Blakinger*, for appellees.

Order affirmed.